1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:  714.513.5130

7  Attorneys for THE SLEEP TRAIN, INC.;
   and LIVE NATION ENTERTAINMENT,
8  INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ROBERT LEVINE and VERONICA GUZMAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive,<br><br>        Defendants. | Case No. 2:15-cv-00002-WBS-AC<br>Hon. William B. Shubb<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Date:   March 23, 2015<br>Time:  2:00 pm<br>Crtrm.: 5<br><br>Action Filed:  December 31, 2014<br>Trial Date:     None Set |
|---|---|

1  The Court is in receipt of Defendants Live Nation Entertainment, Inc., and
2  The Sleep Train Inc., request for leave to appear by telephone at the hearing of
3  Plaintiffs' Motion to Strike Affirmative Defenses and Impertinent Matter From
4  Defendants' Answer currently set for March 23, 2015 at 2:00 p.m.
5  The courtroom deputy shall email counsel with instructions on how to
6  participate in the telephone call.
7  The Court hereby grants the Request for Leave to Appear by Telephone.
8  **IT IS SO ORDERED.**

10  Dated: March 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE