| | |
|---|---|
| 1 | CELIA MCGUINNESS, Esq. (SBN 159420) |
| 2 | PAUL L. REIN, Esq. (SBN 43053)<br>CATHERINE CABALO, Esq. (SBN 248198) |
| 3 | LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A |
| 4 | Oakland, CA  94612<br>Telephone:             510/832-5001 |
| 5 | Facsimile:              510/832-4787<br>reinlawoffice@aol.com |
| 6 | Attorneys for Plaintiffs |
| 7 | ROBERT LEVINE and VERONICA GUZMAN |
| 8 | *Defendants' counsel listed after the caption.* |

1  CELIA MCGUINNESS, Esq. (SBN 159420)
2  PAUL L. REIN, Esq. (SBN 43053)
   CATHERINE CABALO, Esq. (SBN 248198)
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA  94612
   Telephone:             510/832-5001
5  Facsimile:              510/832-4787
   reinlawoffice@aol.com

6  Attorneys for Plaintiffs
7  ROBERT LEVINE and VERONICA GUZMAN

8  *Defendants' counsel listed after the caption.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEVINE and VERONICA GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO. CV 15-00002 WBS<br>**Civil Rights**<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE STATUS CONFERENCE DATE** |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants
LIVE NATION ENTERTAINMENT, INC.
and THE SLEEP TRAIN, INC.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**STIPULATION**

Plaintiffs Robert Levine and Veronica Guzman ("Plaintiffs") through their counsel of record make this unopposed request that the Court continue the Status Conference from April 27, 2015, to May 11, 2015, or a date thereafter that is agreeable to the Court.  This request is based on the following good cause:

1. Plaintiffs' counsel is scheduled to take a deposition in another matter on April 27, 2015, that was scheduled before the Court set this Status Conference.
2. It would be difficult to reschedule the deposition because of the deadlines in the other case and because of the number of attorneys and others involved.
3. A delay in the Status Conference in this case will allow the parties to make progress on discovery and planning, which will make them more prepared to discuss the case in detail.
4. All parties are available for a Status Conference on May 11, 2015.
5. Defendants Live Nation Entertainment, Inc. and The Sleep Train, Inc. ("Defendants") do not oppose this request.

Therefore, Plaintiffs hereby make this unopposed request, through their counsel, that this Court continue the date of the Status Conference from April 27, 2015, to May 11, 2015, or a date thereafter agreeable to the Court and the Joint Status Conference Statement shall be due two weeks prior to the conference.

Date:  April 13, 2015                    LAW OFFICE OF PAUL L. REIN

By: */s/ Celia McGuinness*
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiffs
ROBERT LEVINE and VERONICA GUZMAN

//

| | | |
|---|---|---|
| 1 | Date: April 13, 2015 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Bradley J. Leimkuhler*<br>BRADLEY J. LEIMKUHLER, ESQ. |
| 5 | | Attorneys for Defendants<br>LIVE NATION ENTERTAINMENT, INC.<br>and THE SLEEP TRAIN, INC. |

1 **ORDER**

2         Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3 The Case Management Conference in the above captioned case is hereby moved from April 27,

4 2015, to **May 11, 2015 at 2:00 p.m.**  A Joint Case Management Conference statement shall be due

5 two weeks prior to the conference on **April 27, 2015**

6

7 Dated:  April 14, 2015

8 _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28