1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:  714.513.5130

7  Attorneys for Defendants
   THE SLEEP TRAIN, INC.; and
8  LIVE NATION ENTERTAINMENT, INC.

9                       UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ROBERT LEVINE and VERONICA GUZMAN, | Case No. 2:15-cv-00002-WBS-AC |
|---|---|
| | Hon. William B. Shubb |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY** |
| v. | |
| THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive, | Judge:  Hon. William B. Shubb |
| | Date:   August 24, 2015 |
| | Time:   2:00 pm |
| Defendants. | Action Filed:  December 31, 2014 |
| | Trial Date:    None Set |

1  The Court is in receipt of Defendants Live Nation Entertainment, Inc., and
2  The Sleep Train Inc., request for leave to appear by telephone at the hearing of
3  Plaintiffs' Motion for Leave to File First Amended Complaint currently set for
4  August 24, 2015 at 2:00 pm.

5  The courtroom deputy shall email counsel with instructions on how to
6  participate in the telephone call.

7  The Court hereby grants the Request for Leave to Appear by Telephone.

8  **IT IS SO ORDERED.**

10  Dated:  August 13, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE