1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

                                 ----oo0oo----

11

12   ROBERT LEVINE and VERONICA        CIV. NO. 2:15-00002 WBS AC
     GUZMAN,
13
                    Plaintiffs,
14                                      **ORDER**
         v.
15
     THE SLEEP TRAIN, INC.; LIVE
16   NATION ENTERTAINMENT, INC.;
     COASTAL BREEZE LIMOUSINE,
17   LLC; BGE YUBA, LLC; and DOES
     1-20, inclusive,
18
19                  Defendants.

20
                                 ----oo0oo----
21
              Plaintiffs Robert Levine and Veronica Guzman brought
22
     this action under the American with Disabilities Act of 1990
23
     ("ADA"), 42 U.S.C. § 12101 et seq., and California's Unruh Civil
24
     Rights Act ("UCRA"), Cal. Civ. Code §§ 51-53.  On September 14,
25
     2015, plaintiffs filed a motion for default judgment against
26
     defendant Coastal Breeze Limousine, LLC.  (Docket No. 43.)  The
27
     matter was referred to a United States Magistrate Judge pursuant
28
                                       1

1   to Eastern District of California local rules.

2          On October 14, 2015, the Magistrate Judge filed

3   findings and recommendations ("F&R") that were served on the

4   parties and contained notice that the parties may file objections

5   within a specified time.  (Docket No. 52.)  Plaintiffs objected

6   to the Magistrate Judge's finding that plaintiff Victoria Guzman

7   does not have standing to sue because of her association with

8   disabled plaintiff Robert Levine, her fiancée.  (Docket No. 53.)

9          The court has reviewed the file and will accept in part

10  the Magistrate Judge's F&R.  The court accepts the Magistrate

11  Judge's finding that plaintiffs failed to sufficiently allege a

12  violation of the ADA or UCRA by Coastal Breeze Limousine and, as

13  a result, the motion for a default judgment must be denied.

14  (Docket No. 52 at 4-5.)  Plaintiffs allege that they were denied

15  full and equal enjoyment of the Sleep Train Amphitheatre because

16  there were an insufficient number of disabled parking spaces;

17  however, they fail to allege how Coastal Breeze Limousine is

18  liable given that it is not the owner of the place of public

19  accommodation to which plaintiffs were allegedly denied access.

20  The court accordingly does not need to reach the Magistrate

21  Judge's alternative finding that plaintiffs' motion should be

22  denied because plaintiff Victoria Guzman does not have standing

23  to sue.

24          Accordingly, it is THEREFORE ORDERED that:

25              1. The findings and recommendations filed October 14,

26                 2015, are adopted in part;

27              2. Plaintiffs' motion for default judgment (Docket

28                 No. 43) is denied without prejudice.

                                  2

1     Dated:   November 13, 2015

2                                   WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28