1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:  714.513.5130

7  Attorneys for Defendants
   THE SLEEP TRAIN, INC.; and
8  LIVE NATION ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT LEVINE and VERONICA GUZMAN,<br><br>            Plaintiffs,<br><br>       v.<br><br>THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive,<br><br>            Defendants. | Case No. 2:15-cv-00002-WBS-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Hearing<br>Date:   January 11, 2016<br>Time:   1:30 pm<br>Place:  U.S. District Court<br>         501 I Street<br>         Courtroom 5, 14 Floor<br>         Sacramento, CA  95814<br>Judge:  Hon. William B. Shubb<br><br>Action Filed:  December 31, 2014<br>Trial Date:    None Set |

SMRH:474449035.1                         [PROPOSED] ORDER GRANTING DEFENDANTS'
                                         REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY

1  The Court is in receipt of Defendants Live Nation Entertainment, Inc., and The Sleep Train Inc., request for leave to appear by telephone at the hearing of Plaintiffs' Motion for Leave to File Second Amended Complaint currently set for January 11, 2016 at 1:30 pm.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone call.

The Court hereby grants the Request for Leave to Appear by Telephone.

**IT IS SO ORDERED.**

Dated: January 5, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE