PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
ROBERT LEVINE and VERONICA GUZMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEVINE and VERONICA GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00002 WBS-AC<br>**Civil Rights**<br><br>O**RDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: January 11, 2016<br>Time: 1:30 pm<br>Place: U.S. District Court<br>501 I Street<br>Courtroom 5, 14 Floor<br>Sacramento, CA 95814<br>Judge: Hon. William B. Shubb |

The Court is in receipt of Plaintiffs Robert Levine and Veronica Guzman's , request for leave to appear by telephone at the hearing of Plaintiffs' Motion for Leave to File Second Amended Complaint currently set for January 11, 2016 at 1:30 pm.  The courtroom deputy shall email counsel with instructions on how to  participate in the telephone call.

The Court hereby grants the Request for Leave to Appear by Telephone.

**IT IS SO ORDERED.**

**Dated:  January 6, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
REQUEST FOR LEAVE TO APPEAR
TELEPHONICALLY
CASE NO. 2:15-cv-00002 WBS-AC

1

G:\DOCS\SHU\DSHU2\inBOX\Signed\15cv2 Levine - Order Upoon Ptf's Req to Appr by Phone at Jan 11 Motn Hrng.docx