UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEVINE, et al.,

      Plaintiffs,

      v.

SLEEP TRAIN, INC., et al.,

      Defendants.

No.  2:15-cv-00002-WBS-AC

ORDER

     On February 2, 2016, the parties participated in a settlement conference and the case settled on terms agreed to in principle and stated on the record, which was ordered sealed.  ECF No. 73.  In a minute order that same day, the court ordered the parties to file dispositional documents within thirty days.  Id.  However, on March 8, 2016, plaintiffs filed a status report stating that defendants had yet to respond to their latest draft settlement agreement, which plaintiffs had sent to them on March 2, 2016.  ECF No. 75.  The next day, Senior District Judge William B. Shubb issued a minute order requiring the parties to either file (1) their dispositional documents pursuant to Local Rule 160(b) no later than March 28, 2016, or (2) a joint status report by that date if settlement could not be finalized.  ECF No. 76.  Judge Shubb also scheduled a status conference before him for April 11, 2016, at 1:30 p.m. pending submission of the dispositional documents.  Id.

////

1

1    On March 28, 2016, the parties filed a joint status report in lieu of dispositional

2    documents.  ECF No. 77.  That status report states that the parties have been diligently working to

3    resolve this matter and have "been able to substantially reach a final agreement on all but two

4    outstanding items."  Id.  Because those two items were addressed at the February 2, 2016,

5    settlement conference, the parties request an informal telephonic conference with the

6    undersigned.  Id.  During that telephonic conference the undersigned can resolve the outstanding

7    items in light of the settlement conference recording, which is now sealed.  Id.

8    In accordance with the foregoing and good cause being shown, the court will schedule an

9    informal telephonic conference for Monday, April 11, 2016, at 9:00 a.m.  The court will also,

10   however, order the parties to email a confidential joint letter to the undersigned by Thursday,

11   April 7, 2016, explaining what outstanding items they need addressed.  A failure to timely email

12   the required letter will result in the scheduled telephonic conference being vacated.

13   In accordance with the foregoing, THE COURT HEREBY ORDERS that:

14   1.  The parties shall email a confidential joint letter re: settlement to

15   acorders@caed.uscourts.gov by April 7, 2016, explaining what outstanding items must be

16   addressed before the filing of dispositional documents; and

17   2.  The parties are directed to appear telephonically at an informal settlement conference

18   on April 11, 2016, at 9:00 a.m.  The parties should call the undersigned's Judicial Assistant,

19   Donna Dal Porto, at 916-930-4120, who will transfer them to chambers.  The parties must

20   connect with one another via conference call before calling into chambers.

21   DATED:  March 30, 2016

22

23   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28