UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEVINE, et al.,

    Plaintiffs,

  v.

THE SLEEP TRAIN, et al.,

    Defendants.

No. 2:15-cv-0002 WBS AC

ORDER

    This is a case brought under the Americans with Disabilities Act, 42 U.S.C. §§ 12101, et seq., and California law. Plaintiff Robert Levine is disabled, and plaintiff Veronica Guzman is Levine's fiancée. Second Amended Complaint ("Complaint") (ECF No. 66) at 6. The defendants are The Sleep Train, Inc., Live Nation Entertainment, Inc., BGE YUBA, LLC, several Does, and Coastal Breeze Limousine, LLC ("Coastal Breeze"). Id. ¶ 8.

    Plaintiffs moved for default judgment against Coastal Breeze for violating Title IV of the ADA, 42 U.S.C. § 12203(b), and the California Unruh Act, Cal. Civ. Code §§ 52(a), 54(c).[1] ECF No. 82. The motion was referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(19).

    On May 23, 2016, the magistrate judge filed findings and recommendations herein which

---

[1] Plaintiffs have settled with Live Nation and Sleep Train. See ECF No. 83.

1

were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days.  ECF No. 87.  No party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2016 (ECF No. 87), are adopted in full;

2. Both plaintiffs are awarded a default judgment against Coastal Breeze on plaintiffs' Fifth Cause of Action, and defendant Coastal Breeze is enjoined from interfering with plaintiffs' right to use the overflow parking lot, under Title IV of the ADA, 42 U.S.C. § 12203(b);

3. Plaintiff Levine is awarded a default judgment against Coastal Breeze on his Second Cause of Action, and Coast Breeze shall pay plaintiff Levine $4,000 in statutory damages under Cal. Civ. Code § 52(a);

4. Plaintiff Guzman is awarded a default judgment against Coastal Breeze on her First Cause of Action, and Coastal Breeze shall pay plaintiff Guzman $1,000 in statutory damages under Cal. Civ. Code §§ 54(c) and 54.3(a).

Dated:  June 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Levi0002.801