UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Levine , <br><br>           Plaintiff, <br><br>     v. <br><br> Costal Breeze Limousine, LLC, <br><br>           Defendant. | Case No.  2:15-cv-00002 WBS AC <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant:

AWARDING Plaintiff Robert Levine default judgment against Defendant Costal Breeze Limousine, LLC on his Second and Fifth Causes of Action; ORDERING Defendant Costal Breeze Limousine, LLC to pay Plaintiff Robert Levine $4,000.00 in statutory damages.

June 22, 2016                                                                MARIANNE MATHERLY, CLERK

                                                                                       By: /s/  G. Michel, Deputy Clerk