UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Guzman  ,<br><br>          Plaintiff,<br><br>     v.<br><br>Costal Breeze Limousine, LLC,<br><br>          Defendant. | Case No.  2:15-cv-00002 WBS AC<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant:

AWARDING Plaintiff Veronica Guzman default judgment against Defendant Costal Breeze Limousine, LLC on her First and Fifth Causes of Action; ORDERING Defendant Costal Breeze Limousine, LLC to pay Plaintiff Veronica Guzman $1,000.00 in statutory damages.

June 22, 2016                                    MARIANNE MATHERLY, CLERK

                                                 By: /s/  G. Michel, Deputy Clerk