1   CELIA MCGUINNESS, Esq. (SBN 159420)
2   PAUL L. REIN, Esq. (SBN 43053)
    LAW OFFICES OF PAUL L. REIN
3   200 Lakeside Drive, Suite A
    Oakland, CA  94612
4   Telephone:  510/832-5001
    Facsimile:  510/832-4787
5   reinlawoffice@aol.com

6   Attorneys for Plaintiffs
    ROBERT LEVINE and VERONICA GUZMAN
7
    * Defendants' counsel listed after the caption.
8
9                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10

11  ROBERT LEVINE and VERONICA          CASE NO. C15-00002 WBS
    GUZMAN,                             **Civil Rights**
12
                    Plaintiffs,         **STIPULATION AND ORDER FOR
13                                      DISMISSAL OF CERTAIN DEFENDANTS**
            v.
14                                      **FRCP 41(a)(1)(A)(ii)**
    THE SLEEP TRAIN, INC.; LIVE NATION
15  ENTERTAINMENT, INC.; COASTAL
    BREEZE LIMOUSINE, LLC; BGE YUBA,
16  LLC; and DOES 1-20, Inclusive,

17                  Defendants.

18

19  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
20      A Limited Liability Partnership
        Including Professional Corporations
21  GREGORY F. HURLEY, Cal. Bar No. 126791
    ghurley@sheppardmullin.com
22  BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
    bleimkuhler@sheppardmullin.com
23  650 Town Center Drive, 4th Floor
    Costa Mesa, California 92626-1993
24  Telephone: 714.513.5100
    Facsimile: 714.513.5130
25

26  Attorneys for Defendants
    LIVE NATION ENTERTAINMENT, INC.
27  and THE SLEEP TRAIN, INC.

28

**STIPULATION**

Plaintiffs ROBERT LEVINE and VERONICA GUZMAN ("PLAINTIFFS") and

Defendants THE SLEEP TRAIN, INC. and LIVE NATION ENTERTAINMENT, INC., hereby

jointly stipulate and request through their attorneys of record that this action be and is hereby

dismissed with prejudice pursuant to FRCP 41(a)(1) as to the Defendants THE SLEEP TRAIN,

INC., LIVE NATION ENTERTAINMENT, INC., and BGE YUBA, LLC, <u>ONLY</u>. The Parties have

resolved their disputes as to injunctive relief, damages, attorney fees, litigation expenses and costs.

The Court will retain jurisdiction to enforce any compliance disputes as stated in the parties'

settlement agreement.  <u>Plaintiffs request that the Court not dismiss this action as to Defendant</u>

<u>COASTAL BREEZE LIMOUSINE, LLC.</u>  The disputes between Plaintiff and Defendant

COASTAL BREEZE LIMOUSINE, LLC, have not been completely resolved.


Date:  July 5, 2016                          LAW OFFICE OF PAUL L. REIN


By:_____/s/ Celia McGuinness_____
CELIA McGUINNESS, ESQ.
Attorneys for Plaintiffs
ROBERT LEVINE and VERONICA GUZMAN


Date:  July 5, 2016                          SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP


By: ___/s/ Bradley J. Leimkuhler_____
BRADLEY J. LEIMKUHLER, ESQ.
Attorneys for Defendants
LIVE NATION ENTERTAINMENT, INC.
and THE SLEEP TRAIN, INC.

1

**ORDER**

2

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**.

3

4    Dated:  July 6, 2016

5

WILLIAM B. SHUBB
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28