PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
ROBERT LEVINE and VERONICA GUZMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEVINE and VERONICA GUZMAN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive,<br><br>                    Defendants. | CASE NO. 2:15-cv-00002 WBS-AC<br>**Civil Rights**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: August 22, 2016<br>Time: 1:30 pm<br>Place: U.S. District Court<br>          501 I Street<br>          Courtroom 5, 14 Floor<br>          Sacramento, CA 95814<br>Judge: Hon. William B. Shubb |

The Court is in receipt of Plaintiff Robert Levine's and Plaintiff Veronica Guzman's requests for leave to appear by telephone at the hearing for Plaintiffs' Motion for Reasonable Attorneys' Fees, Litigation Expenses and Costs as to Defendant Coastal Breeze Limousine, LLC, currently set for August 22, 2016 at 1:30 pm.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone call.

The Court hereby grants the Request for Leave to Appear by Telephone.

**IT IS SO ORDERED.**

**Dated:  August 3, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY
CASE NO. 2:15-cv-00002 WBS-AC

1

G:\docs\shu\dshu2\inbox\Signed\15cv002 Levine - Order Upon Pltf's Cnsl's Req to Appr by Phone at Aug 22 Motn for Attys Fees.docx