PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:     510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
ROBERT LEVINE and VERONICA GUZMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT LEVINE and VERONICA GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE SLEEP TRAIN, INC.; LIVE NATION ENTERTAINMENT, INC.; COASTAL BREEZE LIMOUSINE, LLC; BGE YUBA, LLC; and DOES 1-20, Inclusive,<br><br>Defendant. | Case No. 2:15-cv-00002-WBS-AC<br>Hon. William B. Shubb<br><br>**JUDGMENT FOR ATTORNEY FEES AS TO DEFENDANT COASTAL BREEZE LIMOUSINE, LLC** |

In light of the Court's Orders of Default Judgment as to Defendant Coastal Breeze Limousine, LLC, which were issued on June 22, 2016, and the Court's Order regarding Motion for Attorney's Fees and Costs issued on August 16, 2016:

Judgment is hereby entered against Defendant Coastal Breeze Limousine, LLC, and in favor of Plaintiffs Robert Levine and Veronica Guzman with respect to Plaintiffs' claim for attorney fees under the Unruh Act in the amount of $8,193.66.

The Court will retain jurisdiction over this matter to enforce the terms of this Judgment.

This Order is made pursuant to FRCP 58(d) which states that a "party may request that judgment be set out in a separate document as required by Rule 58(a)." See also *Uhl v. Komatsu*

*Forklift Co.*, 466 F. Supp. 2d 899, 911 (E.D. Mich. 2006) *aff'd,* 512 F.3d 294 (6th Cir. 2008) (separate document permitted to facilitate enforcement of judgment).

Dated:  October 18, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE